A-1
(A)

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

*ELLEN T. GREENLEE*
DEFENDER

PHONE NUMBER (215) 928-1100
FAX NUMBER    (215) 928-1112
FAX NUMBER    (215) 925-4024
FAX NUMBER    (215) 928-0822
FAX NUMBER    (215) 861-3159

*LEIGH M. SKIPPER*
CHIEF FEDERAL DEFENDER

July 20, 2015

The Honorable William H. Yohn, Jr.
Senior United States District Court Judge
Room 14613 - United States Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:**    *United States v. Poulaert Vanden-Bosche*
            *Criminal Number 14-86* — File

Dear Judge Yohn:

    Enclosed please find characters letters on behalf of Mr. Vanden-Bosche in the above-captioned case.

                                          Respectfully,

                                          CATHERINE C. HENRY (for)
                                          Senior Litigator

CCH/cc
Enc.

cc:    Robert Benjamin, Assistant United States Attorney

Angele and Ronald Valentine
3 Tuxedo Court
Marlton, NJ 08053

July 17, 2015

Honorable William H. Yohn, Jr.                                    Re: Paul Vanden Bosche
United States District Court Judge
c/o Catherine Henry, Senior Litigator
Federal Community Defender for the Easter District of PA
Suite 540 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106


Honorable William H. Yohn:

We are writing to you in reference to Paul Vanden Bosche. We have known Paul since he was born in 1981. Angele is Paul Vanden Bosche's sister. Angele is a Certified Public Accountant. Her practice is in Marlton, NJ. Ronald is an engineer. She has been practicing for 25+ years. Ronald works as a Contract Administrator for Remington and Vernick Engineers in Haddonfield, NJ. He has been there for 25+ years. We have been very close to Paul over the years. We know Paul very well.

We have been through a lot with Paul. Angele lived with Paul, their father and Paul's mother for several years before we were married. They lived in Delran, NJ. Angele and Paul lost their father at a very young age, 56. Paul was 10 years old when our father passed away. At that time, he and his mother moved to Tennessee. This was very difficult for Paul. He was not only removed from me and my husband, but also his familiar surroundings after having lost his father. Paul moved back to NJ when he was 18 years old. At that time, the support from his mother was nonexistent. We invited him to move in with our family. At that time, our daughter was 9 and our son was 4. They were absolutely thrilled that their Uncle Paul was moving in with us. He lived with us for about 1.5 years, until he could get himself established with a job and savings to move into his own place. We have been there to support him along the way when needed, but Paul has supported himself ever since.

We consider our brother, Paul Vanden Bosche a very honest and law abiding individual. He has made some poor decisions, as we all have, but he always strives to do the right thing. We see no issues with Paul's ability to abide by the law. Paul has always been very giving and generous when it not only comes to our family, but also when it comes to friends and acquaintances. He gives generously at the holidays as well as for birthdays. He helps out and participates in family activities and events, including holidays and casual gatherings. Paul has always been there emotionally and physically for our family since the day he moved back to NJ. Our daughter, Janelle, now 24, has called on Paul for many different things. She has confided in him throughout her teenage years and into her 20s for friend issues, boyfriend issues, and also school issues. He has coached her with emotional friend and boyfriend issues. We were

at times not even aware of the support that Paul had given until Janelle shared it with us, crediting him with helping her get through difficult decisions. Paul is very bright. He has tutored Janelle on numerous occasions throughout the years in various subject matters. Paul has never asked to be compensated. He just did what family does. As for our son, Ryan, now 18, his uncle Paul has been his greatest fan. Again, giving generously with his time and participation in his life. Ryan is a devoted baseball player. He has been playing since Paul moved back to NJ in 2000. Paul attends the games that he can. And those that he cannot, follows them on line or through our contact with him. He keeps Ryan's stats and reminds me of them regularly. We can always count on Paul to help with our children. And our children and their friends adore him. Paul is not only willing to pitch in or help with our immediate family, but also with any of our children's friends. He has helped various friends of Janelle's move into new apartments. He has also helped coach or counsel Ryan's friends when they have been in need of an ear to hear them out.

Paul is one of the hardest working people we know. When he takes on a new job, he puts 100% into that job. He worked for one of Angele's clients when he first moved to NJ and received performance praises the entire time he was employed by them. In addition, when it comes to his education, he carried a GPA of 3.0 while attending Drexel University. He had almost completed his Civil Engineering degree when this whole situation began. At this point, he has been dropped from Drexel and has lost all scholarships. Also, we believe his loans are now due and owing.

We have all missed him at family gatherings, dinners, holidays and birthdays. He has been unable to attend because of being confined to his home and PA. He missed our nephew's wedding, one that he has become very close to. Our daughter's wedding is September 6, 2015 and we pray that he will be able to attend.

Our feelings towards our brother, Paul Vanden Bosche, have not altered or changed a bit since this occurrence. He has spent the last 18 months plus abiding by his restrictions and paying for his mistake. Paul has told us that he deeply regrets his actions. We have seen this through his words and actions. He would like to be given a second chance to continue to make a difference in his life and others. We all want that for him as well.

Sincerely,

*Angele Valentine*
Angele Valentine

*Ronald Valentine*
Ronald Valentine

Janelle Valentine
3 Tuxedo Court
Marlton, NJ 08053

July 17, 2015

Honorable William H. Yohn, Jr.  Re: Paul Vanden Bosche
United States District Court Judge
c/o Catherine Henry, Senior Litigator
Federal Community Defender for the Easter District of PA
Suite 540 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

Honorable William H. Yohn:

My name is Janelle Valentine, I am Mr. Vanden Bosche's niece. I am an accountant in Marlton, NJ. I have known Paul my whole life and have always looked up to him. We have always been very close.

My favorite memories of Paul is when my brother and I used to have sleep overs at his house, order pizza and watch movies! I thought he was the coolest person in the world and always wanted to be around him. He was always there to cheer on my brother and me at our sporting events and I was so proud to tell everyone he was my uncle! My brother Ryan is a huge baseball player and Paul was when he was a young boy so Paul always made time to practice with Ryan and show him all of his old baseball skills. He has also always helped me with my school work, even into my college years (I am now in my Master's Program). My uncle Paul is very intelligent and an amazing engineer so he always knew math very well. He is not only intelligent but a very loving person. Over the years he was always a very loving Uncle to my brother and I while supporting us in everything we did. When I needed a shoulder to cry on or a helping hand he was always there to help and give advice. My Uncle Paul is also a very funny guy! He has kept me laughing with his jokes my whole life. Although he was always a funny goof ball he always knew when to be an adult, he is a very hard working individual. He goes to work every day and is great at what he does! Even through this trying time in his life he has managed to have an engineering job and be the best worker he can be! I am beyond proud of him!

Even after my uncle's recent charges I still feel the same way about him. He will always be the family member I can go to to talk about anything. I also have always known Paul to be a law abiding citizen. He has expressed remorse and sorrow over and over to me about this current situation. I love my uncle and can tell you confidently that he is an amazing human being who has made a mistake that he deeply regrets.

Thank you,

*Janelle Valentine*

Janelle Valentine

*Janelle Diane Foster*
*3705 Wooded Springs Court*
*Louisville, Kentucky 40245*
*Phone: (502) 243-0165-7551*

---

July 17, 2015

HONORABLE WILLIAM H. YOHN, JR.
UNITED STATES DISTRICT COURT JUDGE
C/O CATHERINE HENRY, SENIOR LITIGATOR
FEDERAL COMMUNITY DEFENDER OFFICE
EASTERN DISTRICT PENNSYLVANIA
SUITE 540 WEST – THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PENNSYLVANIA 19106

    RE:    PAUL VANDEN BOSCHE
             SENTENCING JULY 21, 2015

HONORABLE JUDGE YOHN,

My name is Janelle Foster, formerly Janelle Vanden Bosche, and I am an older sister of Paul Vanden Bosche. I am a real estate closing agent in Louisville, Kentucky where I have lived for over 15 years with my husband, Kevin Foster, and our two children. My husband was transferred from Maryland with UPS where he has been employed as a manager for 30 years.

My parents divorced when I was a child and my father, Richard, remarried years later and they were blessed with Paul. Although there were many miles between our families any many years between our ages, Paul was a welcome addition to a family full of girls. Paul and I see one another as much as time and distance allows, but every get together is a welcome one for Paul and my family. My daughters, who are now 13 and 16, have many wonderful memories with Paul. One such memory was a visit that Paul made to our home in Kentucky. He was just barely 20 and not much money to his name, but when he got off of the plane, he had two stuffed animals in his arms, one for each girl, and bigger than them as well. As a big sister, I reminded him that he needed to save his money, and an uncle he reminded me that he did not get to see the girls that often and he wanted them to think of him when they looked at their animals.

Through the years, Paul has had much more than his fair share of life's sometimes harsh realities. The first came with the sudden and unexpected death of our father some 25 years ago. Then, his mother, Patricia moved Tennessee to start a new life. This tore Paul away from friends and family at a young age. Paul had some normal teenage years of struggling to find his niche until my sister, Angele, worked tirelessly for Paul to return to New Jersey, which was also her home. This was recommended by doctors who said that the TN home was not a stable environment for Paul. My husband and I also welcomed him to live in Kentucky with us as we knew that we could provide a stable and loving home for him as well, but understandably he wanted to return to New Jersey, where he was raised. We were disappointed because we wanted Paul to have a closer relationship with our girls. But, under Angele's guidance and love Paul worked his way through to the path that he is on now, becoming an engineer.

Paul has truly amazed me that he turned the meager beginnings that he had into the career path that he is on. He has done this not under constant parental supervision as most, but with his own determination and with the patience and push of my sister Angele's family in New Jersey. Paul also amazes me that throughout life's disappointments, ups and downs, he never loses faith in those that he loves and cares about. Quite possibly sometimes caring too much, as it is possible in this case.

My family and I realize that Paul has made some serious mistakes and used terrible judgment. I know after conversations with him that he is remorseful and that this experience is life altering for him in so many ways. The remorse was not only in his words but in his voice and demeanor, which could not be denied. As a solid member of my community I can tell you that I would welcome him into my home if he needed a place to stay knowing the seriousness of what occurred in New Jersey and the fact that I have two young daughters and their friends who are always at my home to be responsible for I believe that this was an isolated situation that Paul found himself involved with someone that it was improper for him to be involved with and that this will not reoccur in any fashion.

Very Truly Yours,

Janelle Diane Foster

Connie Safford
210 East Scarborough Fare
Stewartstown, PA 17363

July 17, 2015

Honorable William H. Yohn, Jr.  Re: Paul Vanden Bosche
United States District Court Judge
c/o Catherine Henry, Senior Litigator
Federal Community Defender for the Easter District of PA
Suite 540 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

Honorable William H. Yohn:

My name is Connie Safford and I am Pau's older half sister. His father, now deceased was also my father. I work for a friend of mine who owns her own business. We package golf trips making hotel and golf arrangements.

I first met Paul when he was a baby. As children, we saw each other periodically at our grandmother's house and at aunt and uncle family functions. Through our adult years I have seen Paul many times at my sister Angele and brother-in-law Ron's home for Christmas, New Year's, graduations, birthdays, baptisms, first communions and other family functions and visits. Paul has also been to my family's home during the holidays and other gatherings. When we've been together we are at ease with each other and express affection kindly. We haven't seen each other for about a year and have not caught up recently although my sister Angele has kept me informed about what has been happening in Paul's life.

When I think about Paul, I think of him as an intelligent, creative, smart, engaging, funny, and generous man. When my daughter was born, he came to visit and meet her. He was so excited and happy for us that we were able to be parents and he had another niece. His kindness and love was evident as he held, fed and played with her with a cute little white teddy bear he brought her. He was very gentle with her. Paul has been complimentary and generous with us giving gifts for special occasions and gatherings. He truly has a kind heart.

Paul has a strong passion to improve and increase his education. He has accomplished many facets of his educational experiences. He has been able to work off and on in various job and career environments trying to find his area of expertise as an Engineer.

Even though Paul has a drive for learning, education and work, he has had many challenges for instance leaving jobs and attending college off and on. He is able to and has shown a commitment to work and continue his education which is evident through some of the jobs he has had and finishing his classes.

When considering that Paul has experienced both educational, work and personal accomplishments and challenges he has grown through these life lessons. I do see that Paul is not happy and is regretful and sorry for past choices he has made.

Paul has been successful and will continue to do so as I have seen that he wants to make a positive contribution in his life and with others.

Sincerely,

*Connie Safford*
Connie Safford

Dolores Neuland
37 Moonshell Drive
Ocean Pines, MD 21811

July 17, 2015

Honorable William H. Yohn, Jr.  Re: Paul Vanden Bosche
United States District Court Judge
c/o Catherine Henry, Senior Litigator
Federal Community Defender for the Easter District of PA
Suite 540 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

Honorable William H. Yohn:

My name is Dolores Neuland. I am Paul Vanden Bosche's step mother. I met Paul when he was about 15 years old when he was visiting my daughter and her husband, Angele and Ronald Valentine.

His relationship with our family has been a good one. Before he moved back to NJ, he would visit from time to time and attend family functions. He was always helpful during the occasions. He was also very grateful to be a part of our family functions.

From infancy, he has been under turmoil due to the late marriage of his parents, and the monetary troubles of his parents. He lost his father at a very young age. He was only 10 when his father passed away. That was a very hard time for Paul, and continues to be. He moved to TN just after his father passed away. This was also very difficult for him.

Paul is very intelligent. He has the ability to hold many job positions. He had almost completed his Civil Engineering degree when this happened.

During the last 18 months Paul has missed all of the family functions. We brought Thanksgiving and Christmas dinner to him as he could not travel to NJ. My granddaughter's wedding is September 6 of this year. We all hope he will be present. It won't be the same without him.

I do not think anything different about Paul. I truly believe he can serve himself and society if given the opportunity. I know that he understands the severity of the charge against him. I know he has learned from the current punishment, as he has shared that with all of us.

Thank you for giving us the opportunity to speak on Paul's behalf.

Sincerely,

*[signature]*

Dolores Neuland

Gabriel Garcia
67 Overington Avenue
Marlton, NJ 08053

July 17, 2015

Honorable William H. Yohn, Jr.                                Re: Paul Vanden Bosche
United States District Court Judge
c/o Catherine Henry, Senior Litigator
Federal Community Defender for the Easter District of PA
Suite 540 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

To the Honorable William H. Yohn, Jr.,

My name is Gabriel Garcia, I am a part of the inventory receiving department at Radwell International located in Lumberton, NJ. I am the fiancé of Paul Vanden Bosche's niece Janelle Valentine. I have known Paul for 4 years, ever since Janelle and I started dating. Paul & I grew close over the years and I have developed a pretty solid friendship with him since 2011. I consider Paul to be a very caring, intelligent & honest person. He has always had jokes to tell and make me laugh, while always willing to lend a hand with whatever I ever needed, be it a moving job, someone to help with school related questions (I am finishing up at Rutgers right now), or just to listen to me. Paul is law abiding and generous to his friends and family, & as cliche as it sounds-he will give you the shirt off his back when ever needed.

Paul is also a very hardworking individual, he wakes up very early each morning to get to his job, which from what I can tell is very labor oriented & hard to do, yet he still gets up with ambitions to work the day and make his own money on his own time like a hard worker to take care of himself. He has always helped at family holidays, parties, and during times of trouble for friends and family. Despite the offense that is looming over him, I still feel the exact same way as I always have for Paul, and that's due to his incredibly sizable heart and mind. I appreciate him as a person and truly support him as he has supported me in the past. To say that Mr. Vanden Bosche is a nice guy is a understatement, when he is truly a bright, positive & valuable individual for anyone, I believe this by all the ways he has engaged me in life experiences and situations.

Regards,

*[signature]*
Gabriel Garcia

To: Honorable William H. Yohn, Jr.
United States District Court Judge

re: Poulaert (Paul) Vanden Bosche

Dear Sir,

I am Paul Vanden Bosche's uncle. I am a general dentist who has practiced dentistry in Harford County, Maryland for 46 years. I have known Paul his entire life. I would describe my current relationship with him as good, although we do not see each other very often.

I consider Mr. Vanden Bosche to be honest and hard working. He is a law abiding citizen. He is kind and generous to others, both within and outside the family. This incident before the court is completely out of character for him.

Several years ago, Paul sought me out for dental care. He was responsible for making and keeping all of his appointments. He was always punctual despite the nearly two hour drive to my office.

Paul has alot of ambition. He has worked various jobs and he is close to completing his degree in civil engineering at Drexel University. He hsa been putting himself through college with the help of student loans. He has been a responsible college student.

I believe that Paul is truly sorry for his mistake. I firmly believe that he is not a danger or threat to the community. I do not believe that he is a sexual predator. I do not believe that his incarceration would be of any benefit to the community. In fact, Paul completing his engineering degree would be potentially of great benefit to the community. He would be an employed engineer working for the good of the community.

Since this is a first offense, I plead for leniency for him so that he can be a hard working productive member of society for the rest of his life.


Sincerely Yours,

Raoul C. Vanden Bosche, D.D.S.
2120 Hampton Court
Fallston, MD 21047