IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POULAERT VANDEN-BOSCHE | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 14-86 |
| | : | |
| UNITED STATES OF AMERICA | : | |

## ORDER

AND NOW, this 10th day of January, 2023, upon consideration of Petitioner Poulaert Vanden-Bosche's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 106), and the Government's response thereto (ECF No. 110), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Petition is DENIED without an evidentiary hearing.

A certificate of appealability shall not issue, as Vanden-Bosche has not demonstrated that reasonable jurists would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.